IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | |
| | ) | 4:05CV3208 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| F.X. HOPKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 11, the motion for an extension of time, filed by the plaintiff. The plaintiff requests an extension of time in which pay his initial partial filing fee as ordered by the court in filing no. 8. After review of the record, it appears the plaintiff paid his initial partial filing fee on October 14, 2005 (filing no. 14). Therefore, this motion, filing no. 11, is denied as moot.

SO ORDERED.

DATED this 21st day of November, 2005.

BY THE COURT:

s/F.A. GOSSETT
United States Magistrate Judge