IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | |
| | ) | 4:05CV3208 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| F.X. HOPKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

    This matter is before the court on filing no. 27, the motion for an extension of time, filed by the defendants. The defendants request an extension of time in which to answer or otherwise respond to the claims asserted in the plaintiff's complaint. Defendants state they are currently conducting an investigation into the complaint. Upon review of the record, I will grant the motion, and the defendants shall have until March 17, 2006.

    SO ORDERED.

    DATED this 16th day of February, 2006.

                              BY THE COURT:

                              S/F.A. GOSSETT
                              United States Magistrate Judge