IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3208 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| F.X. HOPKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on filing no. 26, the motion to amend, filed by the plaintiff. In filing no. 26, the plaintiff requests leave to supplement his complaint to substantiate issues raised in his original complaint. After review of the record I will grant the plaintiff's request. The plaintiff shall have until March 31, 2006 to file his supplement. In modification of this court's order in filing no. 31, the defendants shall have 10 days from the date plaintiff files his amended complaint in which to respond. Filing no. 26 is granted.

SO ORDERED.

DATED this 17th day of March, 2006.

BY THE COURT:


S/F.A. GOSSETT
United States Magistrate Judge