IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYLER J. KEUP, | ) |
| | ) 4:05cv3208 |
| vs. | ) MEMORANDUM AND ORDER |
| F. X. HOPKINS, et al., | ) |
| Defendants. | ) |

    This matter is before the court on the following pending motions: (1) filing no. 47, a letter from the plaintiff, Tyler J. Keup, which has been docketed as a Motion for Legal Assistance; (2) filing no. 49, the plaintiff's Motion to Supplement Complaint; (3) filing no. 58, the Motion for Summary Judgment filed by the defendants, F. X. Hopkins, et al.; (4) filing no. 61, the plaintiff's Motion to Convert Suit into 1983 Class Action; (5) filing no. 62, the defendants' Objection to plaintiff's Motion to Convert Suit to Class Action; and (6) filing no. 64, the plaintiff's Motion to Extend Time to Respond to the defendants' Motion for Summary Judgment.

    At my direction, Magistrate Judge F. A. Gossett has entered an order granting filing no. 47 and appointing counsel for the plaintiff. Therefore, all remaining motions (filing nos. 49, 58, 61, 62 and 64) are denied as moot, without prejudice to reassertion if and when appropriate.

    SO ORDERED.

    DATED this 22nd day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
Chief District Judge