IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3208 |
| | ) | |
| v. | ) | |
| | ) | |
| F. X. HOPKINS, all being sued in their individual and official capacities, DENNIS BLAKEWELL, all being sued in their individual and official capacities, and SALVADOR CRUZ, all being sued in their individual and official capacities, | ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Defendants. | ) | |

IT IS ORDERED that the Motion for Reimbursement of Mileage, Filing No. 70, filed by plaintiff's counsel, Kellie Asaka, is granted. An expenditure is authorized to be made from the Federal Practice Fund for round-trip mileage on January 29, 2007, to the Lincoln Correctional Center. Mileage will be reimbursed for 62.23 miles at $.445 per mile, for a total of $55.38. A copy of this order shall be provided to Pat Williamson of the Clerk's Office so that he may make the appropriate bookkeeping entry for the Federal Practice Fund.

DATED this 15th day of March, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge