IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYLER J. KEUP, | ) |
| | )      4:05cv3208 |
| vs. | )      MEMORANDUM AND ORDER |
| F. X. HOPKINS, et al., | ) |
| Defendants. | ) |

      This matter is before the court on filing no. 77, the Motion to Alter Progression Schedule filed by the defendants, F. X. Hopkins, et al. In January of 2007, the court granted the Motion by the plaintiff, Tyler J. Keup, for legal assistance, and appointed counsel to represent Mr. Keup (filing no. 66). The defendants then filed a Motion for Summary Judgment (filing no. 72). The plaintiff filed a Motion for Extension of Time to Respond to the Defendant's Motion for Summary Judgment and Request for a Planning Conference (filing no. 75). In light of the recent appointment of counsel, I granted the plaintiff until August 1, 2007, to conduct discovery and amend the complaint and to respond to the defendants' summary judgment motion. I also directed the parties to contact the office of Magistrate Judge F. A. Gossett to determine his availability for a planning conference.

      At this time, I will suspend the deadlines established in the Order Setting Schedule for Progression of Case (filing no. 40), as requested by the defendants. After Magistrate Judge Gossett conducts his planning conference, I ask that he resume progression of this case. I also reiterate that the plaintiff's deadline to respond to filing no. 72, the defendants' Motion for Summary Judgment, remains August 1, 2007. Filing no. 77 is granted accordingly.

      SO ORDERED.

      DATED this 22nd day of May, 2007.

                                          BY THE COURT:

                                          s/ Joseph F. Bataillon
                                          JOSEPH F. BATAILLON
                                          Chief District Judge