# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TYLER J. KEUP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 4:05CV3208 |
| vs. ) | |
| ) | SCHEDULING ORDER |
| F. X. HOPKINS, et al., ) | |
| ) | |
| Defendant. ) | |

This case is before the court to schedule a planning conference. Therefore,

**IT IS ORDERED:**

A planning conference before the undersigned magistrate judge is set for **Wednesday, August 15, 2007 at 9:30 A.M.**, by telephone conference call initiated by plaintiff's counsel, to establish further progression of the case.

Dated this 24th day of May 2007.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge