# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **TYLER J. KEUP,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 4:05CV3208 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **F.X. HOPKINS, et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court after reassignment of this case. **See** Filing No. 81.

The telephone planning conference previous scheduled before Magistrate Judge F.A. Gossett, III will be held with Magistrate Judge Thomas D. Thalken (402-661-7343) on **Wednesday, August 15, 2007, at 9:30 a.m. Central Daylight Time** for the purpose of reviewing the preparation of the case to date and the scheduling of the case to trial. Counsel for the plaintiff shall initiate the telephone conference.

**IT IS SO ORDERED.**

DATED this 10th day of July, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge