IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3208 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| F.X. HOPKINS, et al., | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendants' document titled Opposition to Plaintiff's Motion to Add Parties and for Additional Summons (Filing No. 89).  The defendants appear to oppose the issuance of additional summons based on the plaintiff's amended complaint (Filing No. 86) filed on August 3, 2007.  On May 22, 2007, the Chief Judge Joseph F. Bataillon suspended the case progression order and granted the plaintiff leave to amend the complaint.  **See** Filing No. 78.  Accordingly, the defendants' current "Opposition" is procedurally out of time and denied.  Upon consideration,

**IT IS ORDERED:**

The defendants' document titled Opposition to Plaintiff's Motion to Add Parties and for Additional Summons (Filing No. 89) is denied.

DATED this 10th day of August, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge