IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3208 |
| | ) | |
| v. | ) | |
| | ) | |
| F. X. HOPKINS, DENNIS BLAKEWELL, | ) | ORDER |
| SALVADOR CRUZ, DIANE SABATKA-RINE, and TY DEKOENIG, all being sued in their individual capacities, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' motion for summary judgment (Filing No. 72). The motion has been rendered moot by the plaintiff's amended complaint. Accordingly, the motion will be denied without prejudice.

IT IS ORDERED that the defendants' motion for summary judgment (Filing No. 72) is denied without prejudice.

DATED this 16th day of August, 2007.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge