IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

08 MAR 13 AM 11: 19

OFFICE OF THE CLERK

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | Case ID: 4:05-CV-3208 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **TRANSPORT ORDER** |
| v. | ) | |
| | ) | |
| FRANK HOPKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This case is set for trial before the Honorable Joseph F. Bataillon in the United States Federal District Court, at the Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska, Room 3259, commencing on March 21, 2008 at 8:30 a.m. In accordance with any departmental security requirements, the officials of the Nebraska Department of Correctional Services are directed to produce the concerned inmate for said hearing on the following date at the hour indicated:

| INDIVIDUAL TO BE PRODUCED: | DATE/TIME: |
|---|---|
| TYLER J. KEUP #55423 | March 21, 2008 at 8:30 a.m.<br>March 24 & 25 at 8:30 a.m.<br>If it goes to March 26, 2008, the start time on that date only will be 9:00 a.m. |

IT IS SO ORDERED.

Dated this __13__ day of March, 2008.

BY THE COURT:

_/s/ Joseph F. Bataillon_
Hon. Joseph F. Bataillon
Chief Judge