IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05CV3208 |
| | ) | |
| V. | ) | |
| | ) | |
| F. X. HOPKINS, et al., | ) | ORDER |
| | ) | |
| Defendants. | ) | |
| | ) | |

This matter is before the court on defendants' objection to a writ of habeas corpus to produce Joseph Flores to testify at trial, Filing No. 111. Defendants contend that transporting Flores to testify would present a danger. The court finds that defendants' motion should be granted in part. Flores will be allowed to testify via videoconference, or by videotaped deposition, at the defendants' expense. Accordingly,

IT IS ORDERED that:

1. Defendants' objection, Filing No. 111, is sustained.

2. The court's order granting the plaintiff's motion for a writ, Filing No. 112, is vacated and the writ of habeas corpus is quashed.

3. The parties are directed to notify the court on March 21, 2008, of the date and time it plans to present the evidence at trial, if by videoconference.

DATED this 14th day of March, 2008.

BY THE COURT:

s/Joseph F. Bataillon
Chief United States District Judge