# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE | ) | GENERAL ORDER |
| | ) | |
| ASSIGNMENT OF CASE TO | ) | No. 2008-08 |
| THE HONORABLE KAREN E. SCHREIER | ) | |

With the concurrence of Chief Circuit Judge James B. Loken, United States District Judges: Laurie Smith Camp, Joseph F. Bataillon, and Karen E. Schreier,

IT IS ORDERED:

1. Effective immediately, the following case is reassigned from Judge Smith Camp to Judge Schreier for the purposes of trial:

    **8:07CR359 United States of America v. Andres Arza**

    In addition, the following case is reassigned from Judge Bataillon to Judge Schreier for the purposes of trial:

    **4:05CV3208 Keup v. Hopkins, et al**

2. The magistrate judge assignments will remain unchanged.

3. The above cases will be called for trial in the Special Proceedings Courtroom in the Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska during the week of **May 5, 2008**.

DATED 28th day of March, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief Judge