# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | |
| | ) | 4:05CV3208 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| F.X. HOPKINS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court *sua sponte.*

The court held a telephone conference with counsel on April 18, 2008, in order to schedule the matter for trial. Plaintiff was represented by Dana C. Bradford, III, and the defendants were represented by Linda L. Willard. Following a discussion with counsel,

**IT IS ORDERED:**

1. Trial of this matter is scheduled before Chief Judge Joseph F. Bataillon and a jury in Courtroom No. 3, Third Floor, 111 South 18th Plaza, Omaha, Nebraska at **8:30 a.m. on July 21, 2008.**

2. Trial briefs and proposed jury instructions shall be filed **on or before July 14, 2008**. The judge's copy of the exhibit notebook shall be delivered to Chief Judge Bataillon's chambers **on or before July 14, 2008**.

DATED this 21st day of April, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge