IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TYLER J. KEUP, | ) | Case ID: 4:05-CV-3208 |
| Plaintiff, | ) ) | |
| v. | ) ) | **TRANSPORT ORDER** |
| F. X. HOPKINS, et al., | ) ) | |
| Defendants. | ) ) | |

This case is set for trial before the Honorable Joseph F. Bataillon in the United States Federal District Court, at the Roman L. Hruska Courthouse, 111 S. 18th Plaza, Omaha, Nebraska, Room 3259, commencing on July 21, 2008 at 8:30 a.m. In accordance with any departmental security requirements, the officials of the Nebraska Department of Correctional Services are directed to produce the concerned inmate for said hearing on the following date at the hour indicated:

| INDIVIDUAL TO BE PRODUCED: | DATE/TIME |
|---|---|
| TYLER J. KEUP #55423 | July 21, 22 and 23, 2008 at 8:30 a.m. |

IT IS SO ORDERED.

Dated this 10th day of July, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge